## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| CYNTHIA A. CASALINA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. CV 13-535 KG/RHS |
| ) | No. CV 13-1050 CG/WPL |
| ERNEST MONIZ, Secretary of U.S. ) | |
| Department of Energy, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## ORDER CONSOLIDATING CASE NOS. CV 13-535 KG/RHS AND CV 13-1050 CG/WPL AND CORRECTING CAPTION

THIS MATTER having come before the Court on Plaintiffs' Unopposed Motion to Consolidate Case Nos. CV 13-535 KG/RHS and CV 13-1050 CG/WPL, the Court having read the submissions of the parties and being sufficiently advised in the premises, it is hereby ORDERED, ADJUDGED AND DECREED that Case No. CV 13-535 KG/RHS and Case No. CV 13-1050 CG/WPL are hereby consolidated and shall proceed as Case No. CV 13-535 KG/RHS.  In this case only Mr. Ernest Moniz, in his capacity as Secretary of Energy, shall be named a Defendant.

_____
UNITED STATES DISTRICT JUDGE

Submitted By:

JONES, SNEAD, WERTHEIM & CLIFFORD, P.A.

By:   /s/Samuel C. Wolf
       Samuel C. Wolf
       1800 Old Pecos Trail
       Santa Fe, NM 87505
       Tel. (505) 982-0011
       sam@thejonesfirm.com

Approved By:

UNITED STATES ATTORNEY'S OFFICE

By:   *Approved via email on 3/5/2014*
       Roberto D. Ortega, Assistant U.S. Attorney
       United States Attorney's Office
       P.O. Box 607
       Albuquerque, NM 87103
       Tel. (505) 224-1519
       Roberto.Ortega@usdoj.gov

Approved By:

UNITED STATES DEPARTMENT OF JUSTICE

By:   *Approved by e-mail on 3/5/2014*
       Eric Laufgraben
       Trial Attorney
       United States Department of Justice
       P.O. Box 480
       Ben Franklin Station
       Washington, DC 20044
       Tel. (202) 353-7995