IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CYNTHIA A. CASALINA,

    Plaintiff,

v.                                                                                    CIV 13-0535 KG/WPL

ERNEST MONIZ, *in his capacity as Secretary, United States Department of Energy*,

    Defendant.

## ORDER

THIS MATTER comes before the Court upon Defendant's Unopposed Motion to Seal (Doc. 54), the Court having read the motion, heard argument from counsel in a telephonic hearing, and otherwise being fully advised in the premises finds the motion is well taken.

IT IS HEREBY ORDERED that the motion is granted, allowing Defendant to file its Motion for Summary Judgment and the exhibits thereto under seal;

IT ALSO IS HEREBY ORDERED that the Response and Reply also shall be filed under seal.

IT ALSO IS HEREBY ORDERED that Defendant shall file Supplement to Defendant's Unopposed Motion to Seal identifying with specificity the information in the Motion for Summary Judgment, Response, Reply and all corresponding exhibits that it requests should NOT later be ordered unsealed as provided in Rule 5.2(d), the grounds as well as controlling authority. The Supplement shall be filed no later than 14 days after the Reply has been filed.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE