IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CYNTHIA A. CASALINA

       Plaintiff,

v.                                                             Civ. No. 13-535 KG/WPL

ERNEST MONIZ, *in his capacity as*
*the Secretary of Energy*,

       Defendant.

FINAL ENTRY OF SUMMARY JUDGMENT

       Having granted Defendant Ernest Moniz's Motion for Summary Judgment, (Doc. 55), by entering a Memorandum Opinion and Order contemporaneously with this Final Entry of Summary Judgment,

       IT IS ORDERED that

       1.  summary judgment is entered in favor of Defendant Ernest Moniz on all of Plaintiffs' claims; and

       2.  those claims are dismissed with prejudice.

                                                           UNITED STATES DISTRICT JUDGE